United States District Court

Middle District of Florida

Orlando, Florida Division

Plaintiff: Mr. Dwight R. McDowell    Case Action No. _____

       Vs.

Mr. Donald Trump, President of the U.S.A.

Mr. Ron DeSantis, Governor of the State of Florida.

Social Security Administration.

Orlando Housing Authority

(Addresses on the next page).

_____/

**Complaint, and Respectfully Demand for Jury Trial.**

   1- **Introduction & Nature of this Lawsuit.**

   2- **The General Disclosure of the Immoral Corruption of the Government of the State of Florida.**

   3- **Jurisdiction & Venue.**

   4- **Factual Allegations. The inhumane, cruel abuse against a permanent disabled American citizen, homeless for two(2) years and nine(9) months. The most cruel Human Rights Violations in the State of Florida.**



Plaintiff's address:

Dwight Roger McDowell

P.O.Box 550721, Orlando, Florida 32855 (homeless 2years and 9 months)

Phone number: (407) 243-7354

E-mail address: medforensicdrm@gmail.com

_____/

## Addresses of Defendants in this case:

1- Mr. Donald Trump, President of the United States of America

   1600 Pennsylvania Avenue, N.W., Washington, DC. 20500

2- Mr. Ron DeSantis, Governor of the State of Florida

   400 S. Monroe St., Tallahassee, Florida 32399

3- Social Security Administration

   5520 Gatlin Avenue, Orlando, Florida 32812

4- Orlando Housing Authority-Section 8

   390 N. Bumby Avenue, Orlando, Florida 32803

Letter from Mr. Donald Trump attached. He was properly notified of the cruel abuse perpetrated against me, with all the evidentiary materials. He will be present on trial.

page 3

# THE WHITE HOUSE

WASHINGTON

April 11, 2018

Mr. Dwight Roger McDowell
P.O. Box 550721
Orlando, Florida 32855

Dear Mr. McDowell,

    Thank you for taking the time to write and share your story with President Donald J. Trump. He is honored by the opportunity to serve you and the American people.

    White House staff reviewed your correspondence and forwarded it to the appropriate Federal agency for further action. For additional information about the Federal government in the meantime, please visit www.USA.gov or call 1-800-FED-INFO.

Respectfully,

The Office of Presidential Correspondence



## 1- Introduction & Nature of this Lawsuit:

Expecting the moral integrity of the Honorable Judge assigned to provide the humanitarian help that I deserve, I, Dwight Roger McDowell, a permanent disabled, homeless human being, American citizen, born in this nation, I hereby state that this lawsuit is the release & disclosure of the immoral, insane corruption of the government of the State of Florida, and the cruel inhumane abuse perpetrated against me.

Throughout history, and the visible corruption in this State, we have properly researched that sociopaths, psychopaths, narcissists with the visible antisocial-inhumane assorted behavior have ruled this society. Exhibiting glibness, superficial charm, grandiose, greed for money, pathological liars, displaying extreme narcissism, deceitfulness, cunning, manipulating the masses, with no remorse, regrets, showing a callous disregard for the feeling of others, mistreating the poorest families and children, lack of empathy, no conscience, expecting always: **SOVEREING IMMUNITY.** With no acceptance, neither responsibility for all their evil acts they are perpetrating in our society.

## 2-The General Disclosure of the Immoral Corruption of the Government of Florida:

This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S,C. Section 2000 et seq, Title VII and under Title 42 U.S.C. Sections 1981, 1983, 1985(3) and 1988. The Jurisdiction of this Honorable Court is invoked to redress, and stop the continue Human Rights Violations against a disabled human being secured by the Constitution of the United States of America. Fourteenth Amendment of the Constitution of the United States of America. **The General Disclosure of the Insane, Immoral Corruption of the Government of Florida is hereby disclosed. Per Florida Statutes 768.28 the State of Florida expressly waives the Sovereign Immunity from liabilities and inhumane cruel abuse against an American man permanent disabled. The Jurisdiction of this Honorable Federal Court is invoked under Title 28 of the United States Code, Sections 1331, 1343(3) 3.14 (3.47).**


Page 5

This Honorable Federal Court will expect the defendants' prong to attempt as usual to miscast the relevant TRUTH that the Plaintiff in this case will release: and seek immunity. The explanation of their behavior has been correctly researched.

As a result of the Defendants' actions, Plaintiff in this case has suffered, and continues to suffer severe, as a result of the visible immoral corruption in the State of Florida. The conduct of Defendants in this case is totally outrageous, done with deliberate callous, malicious, oppressive manner. I will prove the definition of Psychopaths. "No concern for the feeling of others, a complete disregard for any sense of social obligation".

### 3-Jurisdiction & Venue:

This Honorable Federal Court has correctly Jurisdiction to permit the Plaintiff Dwight Roger McDowell, permanent disabled, homeless human being, to release & disclose the immoral corruption of the Government of Florida, and the Inhumane Cruel Abuse perpetrate against me, pursuant the

**Title XLIV chapter 760. 760.01-760.11 Fair Housing Act 760.20 760-60. Plaintiff brings this action pursuant 42 U.S,C. 1983 for violations of Human Rights under the First, Fourth, and Fourteenth Amendments to the United States Constitution. This Honorable Federal Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C..**

**Venue is proper in this Judicial District pursuant to 28 U.S.C. for all the malicious, unlawful violations under color of State Law in bad faith, and with the malicious purpose in reckless, wanton, and willful disregard of a permanet disabled Plaintiff, homeless, suffering totally deteriorated.**

**The Plaintiff, totally disabled, permanent disabled, homeless for 2 years and 9 months, receiving only $800.00 dollars from the Social Security Administration has PAID the correct FEES to represent myself in this Litigation. There is no longer Civil Rights-Human Rights Violations Lawyers in Florida to represent the Plaintiff.**

### 4- Factual Allegations. The inhumane, cruel abuse against a permanent disabled American citizen, homeless for 2 years and 9 months. The most cruel Inhumane Abuse and Human Rights Violations in the State of Florida:

My full name: **Dwight Roger McDowell** Social Security No. 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 Born on May 5th, 1957. Age 62 years old. Born in Miami Beach, Dade County, State of Florida. After working 42 years, injured in the workplace, I was diagnosed with heart disease (swollen left side of my heart) diabetes-hyperglycemia, broken bladder, urination every 38 minutes, five herniated discs pressing the tecal sac, spine deteriorated (injured in the workplace), two broken legs, broken meniscus, (injured in the workplace-obligated to resign), degenerative ligaments both legs. **Receiving only $800.00 dollars from the Social Security Administration.** *(per month)*

1- Plaintiff has applied for three(3) consecutive years to Housing Section 8 of Central Florida for a small room, with one bed, **to recovery my health status. The request DENIED.**

2- All the apartment, and efficiencies in Florida:

   One bedroom: $1200.00

   Two bedrooms: $1400.00

   Three bedrooms: $1900.00

   All the apartments, rooms, filled with non-American people. Illegal immigrants from Cuba, Mexicans, Haiti, Jamaica, and the Puerto Ricans. More crimes, delinquency, murdering, trafficking of children, drugs dealers, gamblers, alcoholics, thieves, violent, visible affected by the Antisocial Personality Disorder, Hypersexuality Disorder. A State filled, repleted of Witchcraft, Babalaws, Voddoism, Satanic Enterprise, Santeria, but they are not homeless, the Corrupt Government of Florida has offered all of them houses, apartments, and Section 8 are helping them. But White Americans disabled, Afro-American disabled, and Veterans Disabled sleeping on the streets.



3- Pursuant to the Fair Housing Act of 1968, as amended, 42 U.S.C. 3601, et seq., The Civil Rights Acts of 1866 and the Thirteen Amendment of the United States Constitution disabled American people can be protected by our Federal District Courts against the corruption of the Elite Government. Their refusal to help a human being permanent disabled, living under the critical penury of terrible poverty, has been willful, intentional, malicious.

4- All the delinquents, from Cuba, Mexico, Haiti, Puerto Rico are here. Drugs users, selling drugs, thieves, violent, amber alerts every day, sexual trafficking of children, pornography, alcoholism. And once again the proliferation of Satanism, Voddoism, Santeria, Babalaws, Witchcraft, approved, supported by the immoral, corrupt Governor of Florida.

5- By their greed for money, they raised all the rents in Florida, because obviously to welcoming the foreign delinquents meaning more increase of their ambitions. To deny to American people, permanent disabled a simple room, and a bed to recovery is described as an **EVIL, CALLOUS, WILLFUL MALICIOUS ACT.**

6- **ALL THE MUSLIMS IN FLORIDA:** Proliferating hatred against the Christian Americans, proliferating Female Genital Mutilations, their Shariah Jihad Insane Bicameral Laws. But they have houses, jobs, none are homeless. All have been properly investigated.

7- **With the Attorney:** Frank Todd Allen, Esquire I executed an investigation of a Corporation in Central Florida: We found: 32,000 fraudulent Social Security Cards. They came to America with fraudulent names, fraudulent birth certificates, to obtain jobs, MONEY. But none of them love, neither respect America.

8- **Central Florida:** Car accidents every 9 minutes. No respect for our moral norms. Drinking alcoholic beverages, drugs users, <u>never homeless, supported by the immoral corrupt Government of Florida.</u>



8(a)- More relevant proof of the corruption in the State of Florida: The greatest Lawyer in the State of Florida, a man with such moral integrity, Mr. Frank Todd Allen, Esquire, represented a few years ago an investigative case against the Corporate United Temps, Inc., located at 2336 West Oakridge Rd., Orlando, Florida 32809 (407) 240-4846.

We were able to find out a total of more of 32,000 fraudulent Social Security Cards, false names, illegal immigrants delinquents with false names, false documents, and fraudulent social security cards. The case was won. With the support of a second renown Attorney in Florida: Mr. Jonh Dill, Esquire.

8(b)- I, the Plaintiff in this litigation, I was employed as a Security Officer by Admiral Security Services, located at: 1112 Virginia Dr., Orlando, Florida 32803. I did all my duties correctly. In March 2017 a Predator Child Molester invaded totally naked the bathroom of the Panera Bread, located at: Orange Avenue, and Michigan Street, three children were inside the bathroom. I was notified about such occurrences, and I followed the Predator 40 feet of distance, with the support of Orlando Police Department. I was severely injured. On March 16th, 2017 I was in a meeting with the Branch Manager of mentioned company "Jim Staton".

He told me the following words:

" Dwight, you need to resign, our company, is not here to protect women and children from Predators, we are here to check & protect our vendors, and solely to remove from the area: homeless people. I know you did a good job, but you are not a Law Enforcement Officer, therefore you are not entitled to protect women and children".

The relevant proof of a Sociopath-Psychopath. A men Branch Manager to protect vendors (money), but unable to understand moral civility, the protection of women and children in such evil society.

8(c)- 2019 Working totally disabled, taking 12 medications, I was employed by the Securitas Security Service, located at 7680 Universal Blvd., Orlando, Florida 32819. Once again I did all my duties correctly. I was severely abused by a Lebanese Muslim Supervisor, no authorized to break times, bullied, mistreated. As a result of working with 12 medications, I fell, and I broke one leg. Obligated to



resign for being permanent disabled. More relevant proof, of the cruel abuse, and the incivility, insanity of this evil society. Sending to my phone everyday pornography, spam messages, a conduct so immoral. God Almighty explained the causes of such evil on Earth, in the Holy Scriptures: "Evil, wicked, immoral people are prosperous, rich, wealthy, but eventually they all are judged for all the evil acts they have perpetrated against innocent families and children.

8(d)- Just look, observe, the delinquents in the State of Florida, their minds, brains totally disturbed, none of them love God, respect God's Laws & Commandments. They have in their minds (MONEY)., endemic corruption, endemic sexual perversions, drugs trafficking, human trafficking, hatred, murdering every day. This is the State of Florida, a Pathocracy, an asylum of corruption, created by the insane Politicians. The money makers. The AntiChrist.

8(e)- My truth, is the only thing working towards. My moral conscience, till my last day on Earth, is my voice of TRUTH. Nobody in this evil, immoral society can challenge my strict Moral Integrity before God, and my Lord Jesus Christ.

8(f)- The political Sociopaths-Psychopaths are desperately seeking positions of power, and influence to dominate the masses, and make money. Power is an addiction of Sociopaths-Psychopaths, they cannot be prosecuted, arrested, that is the reason they are programmed toward ruthless, hegemonic domination, racism, hatred, employment discrimination, and they can get away free from all the insane, evil acts they do continuously.

10

9- As I explained before all these foreign delinquents, with false drivers' license, no insurance, causing accidents every 9 minutes, murders, and shooting every day, none of them respect God; none of them respect our nation, they are here only to get money. Similarly investigated the Muslims in the State of Florida, as mentally affected with histrionic disorders, schizophrenia, psychosis, they are proliferating all over the State of Florida their Shariah Laws, hatred against the Christian Americans, and promoting continuously the female genital mutilations. Such critical insanity, such incivility, such immoral corruption is totally visible.

10- I, Plaintiff in this civil action, the total disclosure of the immoral corruption of the Governor of Florida, applied correctly three (3) times for a little room, and a bed to recovery my health status, at the Housing Authority of Central Florida. DENIED three times. But you cannot see foreign delinquents immigrants homeless on the streets. Homeless in the streets: Disabled White Americans, Disabled Afro-Americans, Disabled American Veterans.

11- Plaintiff is totally deteriorated, closer to die. Plaintiff has suffered anxiety, emotional distress, humiliation, horrible pain, and I am entitled to an award of damages against Defendants, jointly and severally, for nominal damages, or compensatory damages, or both in the amount in excess of: $20,000,000.00 or such other and greater amount as the jury may find from the evidence and the relevant disclosure of such incivility, and immoral corruption of the Florida Government.

12- Plaintiff is further entitled to recover punitive and exemplary damages from Defendants, jointly and severally, on account of the aforesaid, willful, and wanton violation of a Human Rights of a permanent disabled American man, living under the penury of horrible poverty, receiving only: $800.00 dollars per month as a Disability Check from the Social Security Administration, homeless 2 years and 9 months, sleeping in a vehicle, after working 42 years in this nation, evil immoral society. Obligated to resign as a Security Officer, after protecting women, mothers, children from predators, and the foreign delinquents from Puerto Rico, Cuba, Salvador, Mexico, Haiti, living in Florida.

13- The Defendants acted under color of the State Law in depriving Plaintiff Dwight R. McDowell of his rights to be free from Human Rights Violations, Employment Discrimination, Housing Discrimination, and the most cruel, horrible

abuse to attempt to kill a human being, to close my voice, and as a Sociopaths-Psychopaths to be free from liabilities, and free from prosecution. The conduct of these Defendants have been outrageous, done in a deliberate, callous, malicious, oppressive corruption, frauds in a manner intended to kill this Plaintiff, permanent disabled, homeless, for **" for SPEAKING, WRITING THE TRUTH"**.

**AND WHO IS THE PLAINTIFF?**

**See the next page.**

14- As a further proximate result of defendants' evil actions, as corrupt Government of Florida, Plaintiff has suffered, and continues on suffering, taking 12 medications, sleeping in my vehicle. And with the Social Security Disability Check in the amount of: $800.00 per month, Plaintiff can only pay:

**a)- Car Insurance to avoid violating the Laws.**

**b)- A monthly phone bill at Metro PCS.**

**c)- Eating only once a day your Monsanto Poisonous Contaminated Fast Food created by Monsanto Corporation to destroy human beings.**

**d)- Buy one gallon of water every three days to obtain brief hygienic cleaning, and survive.**

My penury of poverty is horrible, but as you already know all the Elite Politicians, Senators, Governors, Presidents, multimillionaries, billionaires, trillionaries, living in mansions, traveling in their private jets, with free medical and dental care, always playing golf, drinking, smiling and laughing in their media advertising, never eating fast food poisonous contaminated food, and they don't care about the suffering of the American people. Everything is about MONEY.

15- As a Sociopaths-Psychopaths, they are all corrupt, pathological liars, and enjoy making others suffer. A moral human being, with virtuous intelligence and humanity in their heart live helping others, protecting families, children, but as you can see Political Sociopaths-Psychopaths enjoy the opposite: Only MONEY, play golf, lies, deceptions, and manipulations of the masses. What can you see in this evil satanic society? Media Lies, Proliferation of Pornography, Sexual Exploitation of young women, children, two insane political parties, fighting each other, more

Page 12

drugs trafficking, alcoholism, gambling, and how they describe themselves? Leaders, the remorseless Sociopaths-Psychopaths. Based in a rigorous investigation and research all the facts exposed in this lawsuit ARE SUPPORTED BY THE DAILY VISIBLE OCCURENCES IN THIS EVIL SOCIETY.

16- They seek sovereign immunity, because pathological lies, and mind manipulation of the masses are not restricted to Political Psychopaths. But what make Political Psychopaths different from a normal human being is their remarkable pervasiveness of their deceptions, and their callousness, cruel abuse against the poorest families and children. I remember the words of Michael C. Ruppert: " The Political Psychopaths of the ELITE, want to control our Legal System, the rules of Law, why? Simple, ripe and clear: to escape all the time from liabilities, and prosecutions".



*On behalf of the thousands of troops severely disabled in the war on terror*

*The Coalition to Salute America's Heroes recognizes*

## Mr. Dwight McDowell as
## A 2015 Florida Patriot of the Year

*for your past kindness and unselfish generosity toward worthy causes*

*Thank you for being a Hero to a Hero.*

Signed: *[signature]* David Walker, President & CEO
Coalition to Salute America's Heroes

Date: January 8, 2015

2015 A Patriot OF THE YEAR

Page 14  Protecting Women and Children, from Predators, Pedophiles.

This is the American man, permanent disabled, cruelly abused by the corruption of the State of Florida. The most immoral State, a State of Delinquents, Criminals, Drugs Dealers, Immoralities. But all the disclosure, all the relevant Truth is in the hands of the Federal Jurisdiction.

There is no one in this evil immoral society, who can challenge my moral integrity before God, and my Lord Jesus Christ.

" Wow to those who call evil good, and good evil, who put darkness for light, and light for darkness, who put bitter for sweet, and sweet for bitter…I have seen what is good called evil, and what is evil called good".

ISAIAH 5:20

Page 15

## 5- The conclusion & Demand for a Jury Trial:

1- Very clear, our society is ruled by political Sociopaths-Psychopaths, with extreme inequality, sexual exploitation of young women, children. Pornography, manipulation of the masses, laboratory created diseases, medical-pharmaceutical fraud. No one in leadership positions in Washington, DC are normal individuals. They are all deceitful, cunning, egomaniacal, corrupt, as Sociopaths Psychopaths. Totally insanity, with insane objectives. The State of Florida Governor a racist, who has created an asylum of to abuse poorest families and children.

2- Donald Trump a business man, trillionarie, showing a stunning lack of concern for the devastating effects that senators, governor, the Florida Politicians are perpetuating against the poorest families and children. He loves MONEY, play golf, raise his dominant voice, but his disordered character unencumbered by qualms of conscience his personal goals with indifference to the rights and need of others.

3- The Elite, the continuous breeding of Sociopaths Psychopaths, more proliferation of child pornography, adults pornography, lies on the media propaganda, segregation, racial discrimination, employment discrimination, welcoming more and more non-American delinquents, more drugs dealers, more Muslims, with Mosques everywhere, Islamic Associations, a Barack Obama with two mansions of $ 11,900,00.00 dollars, the Clinton using his office in the White House to receive oral sex from women. The Bush member of the Satanic Society Skull&Bone666, in Yale University.

4- Psychopaths are naturally attracted to positions of power, and they will overwhelm anyone with moral conscience, who acts with humanitarian intentions. Psychopathic power is an addiction of the abusers, manipulators, and this is what they have created in the United States of America. Immoralities, conflicts, delinquency, drugs, alcoholism, sexual perversions, to destroy the brains of our younger American generation.



**WHEREFORE:** Plaintiff Respectfully demands a Jury Trial, and Respectfully prays to the Honorable Judge assigned to this case to enter a judgment.

- a- A declaratory judgment that defendants' actions, policies and practices, and the inhumane cruel abuse against a disabled Plaintiff violate the Human Rights, secured by the Civil Rights Act of 1866, 42 U.S.C. and the Fair Housing Act of 1968 42 U.S.C. Section 3601 et seq.

- b- A compensatory damages.

- c- An award of exemplary or punitive damages.

- d- That this litigation be expedited.

- e- That the appropriate compensatory damages to the Plaintiff for all the suffering caused by the immoral corruption of the Government of Florida.

- f- That Plaintiff be awarded such humanitarian relief as the Honorable Judge assigned to this case deems just, humanitarian, proper, and just.

Respectfully Submitted: _____ Date: 2/26 2020

Plaintiff: Dwight R. McDowell.

Litigating without a Lawyer.

Address: P.O.Box 550721, Orlando, Florida 32855

Permanent Disabled. Homeless 2 years and 9 months.