UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DWIGHT R. MCDOWELL,

        Plaintiff,

v.                                      Case No: 6:20-cv-336-Orl-78LRH

DONALD TRUMP, RON DESANTIS,
SOCIAL SECURITY
ADMINISTRATION, and ORLANDO
HOUSING AUTHORITY,

        Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court on *sua sponte* review. Plaintiff filed the Complaint (Doc. 1) on February 26, 2020. On June 24, 2020, the Court ordered Plaintiff to properly serve Defendant, Orlando Housing Authority, by July 31, 2020. (Doc. 22 at 9). To help effectuate service, the Court ordered the Clerk of Court to mail four summons forms to Plaintiff, which she did on June 25, 2020. (*Id.*). The Court also ordered Plaintiff to show cause why this case should not be dismissed against the remaining Defendants for failure to comply with the Federal Rules of Civil Procedure. (Doc. 24). While Plaintiff responded to the Order to Show Cause, he failed to show he perfected service of process on Defendants within the ninety days allowed by Federal Rule of Civil Procedure 4(m). (*See generally* Doc. 25). Nearly six months have now elapsed without Defendants being properly served. The Court warned Plaintiff that failure to perfect service may cause the action's dismissal. (Doc. 22 at 9).

Therefore, it is **ORDERED** and **ADJUDGED** this case is **DISMISSED without prejudice**. The Clerk of Court is directed to terminate the pending motion and close this case.

**DONE AND ORDERED** in Orlando, Florida on August 28, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party